UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PROVENCIO,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:22-cv-01320-GJS<br><br>[PROPOSED] JUDGMENT |

　　　Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: August 17, 2022

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　HON. GAIL J. STANDISH
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

-1-